UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 20598
    CANDITH T SMITH
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
        Debtor
    SSN XXX-XX-6635
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/05/07 and confirmed on 02/13/08.

2. The case was dismissed after confirmation, 08/15/2008.

3. The Debtor paid a total of $  9162.50 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 1442.73 | .00 | 1442.73 |
| INTERNAL REVENUE SERVICE | PRIORITY | 21521.83 | 890.47 | 3363.80 |
| AMERICAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| CPI CORPORATION | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PELLETTIERI & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| USA FUNDS | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 399.26 | 16.53 | 62.40 |
| INTERNAL REVENUE SERVICE | UNSECURED | 10234.63 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 120.00 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 1442.73 | 21921.09 | 10354.63 | .00 | 33718.45 |
| PRINCIPAL PAID | 1442.73 | 3426.20 | .00 | .00 | 4868.93 |
| INTEREST PAID | .00 | 907.00 | .00 | .00 | 907.00 |
| TOTAL PAID | 1442.73 | 4333.20 | .00 | .00 | 5775.93 |

The Debtor's attorney, LAW OFFICE OF JOHN J LYNCH PC , was allowed $  3500.00 and was paid $  1186.50  direct and $  2313.50  through the plan.

The Trustee received $   498.07 .

Refunds to the Debtor totaled $   575.00 .

    Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/13/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                                    PAGE   2
          CASE NO. 07 B 20598 CANDITH T SMITH